No. 6966.—Zayas, aplte. *v.* López, apldo.—C. D. San Juan.—▮▮ ▮▮▮▮▮▮ Abril 29, 1935.

(Por al Corte, a propuesta del Juez Asociado Sr. Wolf.)

Por cuanto, se ha solicitado la desestimación de este recurso por ser inapelable toda vez que el demandado-apelado ha renunciado a las costas concedidas por la corte inferior;

Por cuanto, si la única cuestión envuelta en esta apelación es la concesión de costas, tal renuncia convertiría en académica la cuestión suscitada;

Por cuanto, la parte apelante insiste en que en la sentencia dictada por la Corte de Distrito fuera de la estipulación de las partes se consignó un pronunciamiento en los siguientes términos: ". . . dando al demandante por desistido de la presente acción, a su perjuicio, con las costas de este litigio," y la parte apelante insiste en que la sentencia tiene no sólo un pronunciamiento de costas sino también el pronunciamiento de que la sentencia es a su perjuicio;

Por cuanto, como regla muy general cuando se dicta una sentencia teniendo al demandante por desistido de su acción el único perjuicio que podría tener éste sería la condena en costas;

Por cuanto, aunque este caso sea una excepción a la regla, la apelante no nos convence de que su situación ha sido empeorada por la resolución de la Corte;

Por tanto, a ruego del demandado-apelado se desestima el recurso por inapelable.

El Juez Asociado Sr. Aldrey no intervino.